**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1775**

———————————

In Re: CLAUDE RAYMOND CURRY,

Petitioner.

———————————

On Petition for Writ of Prohibition.

———————————

Submitted: August 24, 2000          Decided: August 29, 2000

———————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition dismissed by unpublished per curiam opinion.

———————————

Claude Raymond Curry, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Claude Raymond Curry has filed a petition for a writ of prohibition, requesting an order stating that a federal district judge in West Virginia is to accept "no order, decree or interpleader" that violates his constitutional rights. We dismiss the petition.

A writ of prohibition is an extraordinary remedy to be granted only when the petitioner has shown his right to the writ to be clear and indisputable. See In re: Vargas, 723 F.2d 1461, 1468 (10th Cir. 1983). Here, Curry states that the order is necessary because he intends to file a lawsuit to recover and obtain compensation for property that was allegedly illegally seized from him. This is not a reason for granting the extraordinary relief sought. We therefore deny the motion for leave to proceed in forma pauperis and dismiss the petition for a writ of prohibition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED